# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | |
|---|---|
| DIMITAR SPASOVSKI<br>On Behalf of Himself and<br>All Others Similarly Situated<br><br>*Plaintiff(s)*<br>v.<br>BETHESDA SOFTWORKS, LLC<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 8:18-cv-03955 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* BETHESDA SOFTWORKS, LLC
1370 Piccard Dr #120
Rockville, MD 20850

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Timothy F. Maloney
Alyse L. Prawde
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane
Suite 400
Greenbelt, MD 20770

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/27/2018

*Signature of Clerk or Deputy Clerk*