**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
(Southern Division)

| | |
|---|---|
| DIMITAR SPASOVSKI,<br>On Behalf of Himself and<br>All Others Similarly Situated,<br><br>      PLAINTIFFS,<br><br>v.<br><br>BETHESDA SOFTWORKS LLC<br><br>      DEFENDANT. | Case No.: 8:18-cv-03955-GJH |

**PLAINTIFFS' CONSENT MOTION TO EXTEND TIME FOR FILING OPPOSITION TO DEFENDANT'S MOTION TO DISMISS, OR IN THE <u>ALTERNATIVE, COMPEL ARBITRATION</u>**

  Plaintiffs, by undersigned counsel, file this Consent Motion to Extend Time for Filing Opposition to Defendant Bethesda Softworks LLC's Motion to Dismiss, or in the Alternative, Compel Arbitration (ECF 8), and state for cause as follows:

 1. On February 25, 2019, Defendant Bethesda Softworks LLC filed a Motion to Dismiss, or in the Alternative, Compel Arbitration (ECF 8).

 2. Plaintiffs' opposition to this motion is presently due on March 11, 2019.

 3. Plaintiffs seek a one week extension of time, to March 18, 2019, to file an opposition to the Motion to Dismiss, or in the Alternative, Compel Arbitration.

 4. Defendant, by its counsel Margaret Esquenet, Esq., consents to this request.

  WHEREFORE, Plaintiffs request that this Court grant this request for a one week extension of time and permit Plaintiffs to file an Opposition to Defendant's Motion to Dismiss, or in the Alternative, Compel Arbitration by March 18, 2019.

Respectfully submitted,

**JOSEPH, GREENWALD & LAAKE, P.A.**

/s/ Timothy F. Maloney_____
Timothy F. Maloney (Fed. Bar ID #03381)
Alyse L. Prawde (Fed. Bar ID #14676)
6404 Ivy Lane Suite 400
Greenbelt, MD 20770
Phone: (301) 220-2200
Fax: (240) 553-1737
tmaloney@jgllaw.com
aprawde@jgllaw.com

**SHEPHERD, FINKELMAN, MILLER & SHAH, LLP**
James C. Shah*
Nathan C. Zipperian*
Michael P. Ols*
35 East State Street
Media, PA 19063
Phone: (610) 891-9880
Fax: (866) 300-7367
jshah@sfmslaw.com
nzipperian@sfmslaw.com
mols@sfmslaw.com

*Admission Pro Hac Vice Anticipated*

*Counsel for Plaintiff Dimitar Spasovski
and the Proposed Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of March, 2019, a copy of the foregoing was served on all counsel of record via the Court's ECF system.

/s/ Alyse L. Prawde_____
Alyse L. Prawde