**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**(Southern Division)**

DIMITAR SPASOVSKI,
On Behalf of Himself and
All Others Similarly Situated,

                       PLAINTIFFS,

v.

BETHESDA SOFTWORKS, LLC

                       DEFENDANT.

Case No.: 8:18-cv-03955-GJH

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)**

NOTICE IS HEREBY GIVEN BY Plaintiff, Dimitar Spasovski, through his undersigned

counsel, that the above-captioned action is voluntarily dismissed, without prejudice and pursuant

to Federal Rules of Civil Procedure 41(a)(1)(A)(i).

                       Respectfully submitted,

                       **JOSEPH, GREENWALD & LAAKE, P.A.**

                       */s/ Timothy F. Maloney*
                       Timothy F. Maloney (Fed. Bar ID #03381)
                       Alyse L. Prawde (Fed. Bar ID #14676)
                       6404 Ivy Lane Suite 400
                       Greenbelt, MD 20770
                       Phone: (301) 220-2200
                       Fax: (240) 553-1737
                       tmaloney@jgllaw.com
                       aprawde@jgllaw.com

                       **SHEPHERD, FINKELMAN, MILLER & SHAH, LLP**
                       James C. Shah*
                       Nathan C. Zipperian*
                       Michael P. Ols*

35 East State Street
Media, PA 19063
Phone: (610) 891-9880
Fax: (866) 300-7367
jshah@sfmslaw.com
nzipperian@sfmslaw.com
mols@sfmslaw.com

*Admission Pro Hac Vice Anticipated*

*Counsel for Plaintiff Dimitar Spasovski*
*and the Proposed Class*

## CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that on this 18th day of March, 2019, a copy of the foregoing was

served on all counsel of record via the Court's ECF system.

/s/ Alyse L. Prawde_____
Alyse L. Prawde